## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Gino V. Magaro,                          :
                    Petitioner           :
                                         :
          v.                             :          No. 802 C.D. 2017
                                         :
Unemployment Compensation                :
Board of Review,                         :
                    Respondent           :

## **O R D E R**

NOW, February 16, 2018, upon consideration of petitioner's application for reconsideration, the application is denied.

MARY HANNAH LEAVITT,
President Judge